# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Luis Carlos MARTINEZ-Chacon** DOB: 1987; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 22-06025MJ |

Complaint for violation of Title 18, United States Code § 554(a)

On or about June 29, 2022, in the District of Arizona, **Luis Carlos MARTINEZ-Chacon** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm Berretta Pistol, one (1) 9mm Glock 19 pistol, one (1) FN57 Rifle with a filed off serial number, one (1) .45 caliber Colt M 1911, one (1) Smith and Wesson 629 Classic .44 Magnum, one (1) Magpul Magazine (17 Round Capacity), two (2) Berretta Magazine (15 Round Capacity Each), two (2) FN57 Magazines (20 Round Capacity Each), two (2) Colt 1911 Magazine (7 Round Capacity Each), 960 rounds of .223 Wolf Ammunition, 880 rounds of .223 TUL Ammunition, and 6 rounds of .45 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 29, 2022, **Luis Carlos MARTINEZ-Chacon** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. **MARTINEZ-Chacon** was the driver and sole occupant of a beige Honda Accord. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they observed said vehicle. At inspection, CBPOs, per standard operating procedure, asked **MARTINEZ-Chacon** if he had any currency over $10,000 or firearms/ammunition to declare to which they received a negative declaration. A preliminary z-portal x-ray scan of the vehicle revealed anomalies in the dashboard area. A subsequent search of the vehicle revealed: one (1) 9mm Berretta Pistol, one (1) 9mm Glock 19 pistol, one (1) FN57 Rifle with a filed off serial number, one (1) .45 caliber Colt M 1911, one (1) Smith and Wesson 629 Classic .44 Magnum, one (1) Magpul Magazine (17 Round Capacity), two (2) Berretta Magazine (15 Round Capacity Each), two (2) FN57 Magazines (20 Round Capacity Each), two (2) Colt 1911 Magazine (7 Round Capacity Each), 960 rounds of .223 Wolf Ammunition, 880 rounds of .223 TUL Ammunition, and 6 rounds of .45 caliber ammunition;

After being advised of and waiving his *Miranda* rights, **MARTINEZ-Chacon** stated he traveled from Nogales, Sonora, Mexico to Nogales, Arizona, whereupon he met with three (3) individuals who later took him to an unknown residence. At the residence, he saw weapons and ammunition being concealed in his vehicle. He admitted attempting to smuggle the weapons and ammunition to Mexico via the DeConcini Port of Entry. He stated he was expecting to receive financial compensation for smuggling the weapons and ammunition. He admitted knowing it is illegal to smuggle weapons from the United States into Mexico and that he does not possess a license to export weapons, weapon parts or ammunition.

**(Continued on back.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT JESUS A CASTILLO JR *Digitally signed by JESUS A CASTILLO JR Date: 2022.06.30 10:03:17 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA R. Arellano *Raquel Arellano Digitally signed by RAQUEL ARELLANO Date: 2022.06.30 09:51:52 -07'00'* | OFFICIAL TITLE HSI Task Force Officer Jesus A. Castillo |

**Sworn by telephone __x__**

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE June 30, 2022 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(Continued from front.)**                                                                                          22-06025MJ

The firearms, weapon parts, and ammunition found in **MARTINEZ-Chacon's** possession qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.   **MARTINEZ-Chacon** did not have a license or any other lawful authority to export these items from the United States into Mexico.